## AFFIDAVIT

### Statement of Experience

1. I, Philip W. Efaw, have been a duly sworn Deputy U.S. Marshal since October 2002. I am currently a member of the U.S. Marshals Service, Northern District of West Virginia; conducting criminal investigations and apprehending felony fugitives pursuant to violations of federal, state, and local law.

2. I graduated April 2006, from the Criminal Investigator Training Program and previously graduated January 2003, from the U.S. Marshals Service Academy both at the Federal Law Enforcement Training Center in Glynco, Georgia. I graduated military law enforcement training, August 1998, from the U.S. Marine Corps Military Police School at Ft. McClellan, Alabama. I was a U.S. Marine Corps Military Police Reservist in North Versailles, PA and other U.S. Marine Corps installations.

3. I graduated, December 1997, from Fairmont State University with a Bachelor's degree in Criminal Justice with a concentration in Law Enforcement.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter, made in support of a complaint against Christopher Deon BARKER (aka Christopher COOPER) for escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751 (a).

5. I have reviewed court records relating to Christopher Deon BARKER a/k/a Chrispoher D. Cooper. On June 18, 2020, in the Judicial District of Northern West Virginia, U.S. District Judge John Preston Bailey sentenced BARKER and submitted an order committing BARKER to the custody of the Bureau of Prisons for a period of eighteen months (18) with zero supervised release to follow, for violations of Title 18, United States Code (USC), Section 922(g)(1) and 924 (a)(2).

6. As a result of said conviction and order Christopher Deon BARKER was committed to the custody the United States Bureau of Prisons, and on June 25, 2020 was designated to BOP Facility, FCI McKean, Lewis Run, PA. On October 15, 2020 McVay was transferred and received by the Dismas Charities of Clarksburg Halfway House, in Clarksburg, WV in the Northern District of West Virginia.

7. On May 7, 2021 at approximately 3:07 PM the United States Marshals Service in the Northern District of West Virginia, was notified by Sam Scales Residential Reentry Manager of the Federal Bureau of Prisons that BARKER was considered

escape status from their institution. BARKER was last seen on May 7, 2021, at 2:40 PM, when he was observed leaving the Dismas Charities and getting into a black vehicle. At 2:47 PM the facility received an alert that inmate Barkers GPS unit had been cut off. Since inmate 12345-678 was not authorized to leave the RRC, he is classified as an escaped federal offender.

8. Based on the facts as set forth herein, affiant submits that there is probable cause to believe that Christopher Deon BARKER (AKA Christopher COOPER) has committed a violation of Title 18, United States Code, Section 751 (a).

Philip W. Efaw
Deputy U.S. Marshal

Subscribed and sworn to me on this 17th day of May, 2021.

Michael J. Aloi
U.S. Magistrate Judge N/WV



**U.S. Department of Justice**

Federal Bureau of Prisons

*Baltimore Residential Reentry Office*
*400 First Street, NW, 5th Floor*
*Washington, DC 20534*

May 17, 2021

**MEMORANDUM FOR U.S. MARSHALS, DISTRICT OF WEST VIRGINIA**

FROM:       *J. Jenkins for*
            Sam Scales, Residential Reentry Manager

SUBJECT:    Request to Apprehend:
            Name:     BARKER, Christopher
            Reg. No:  11603-087
            FBI No:   143325RC6

I am requesting the above named federal inmate be apprehended and detained. On Monday May 7, 2021, at approximately 2:40 pm, RRC Resident Barker walked away from the RRC. At 2:47 pm, the GPS alerted that the monitor assigned to the resident had been cut off. Resident Barker has not returned to the RRC at this time.

He was supervised by Dismas Charities, 55 Columbia Blvd, Clarksburg, WV 26301. He was subsequently placed on escape status.

Please notify this office immediately upon apprehension. Thank you for your assistance. If you need additional information, please contact me at (202) 514-8304.



**U.S. Department of Justice**
Federal Bureau of Prisons
*Central Office*

---

*Baltimore Residential Reentry Office*
*400 First Street, NW, 5th Floor*
*Washington, DC 20534*

May 7, 2021

**MEMORANDUM FOR U.S. MARSHALS, NORTHERN DISTRICT OF WEST VIRGINIA**

**FROM:**   *Deshia Holmes for*
Sam Scales,
Residential Reentry Manager

**SUBJECT:**   REQUEST TO TRANSFER RRC FAILURE

I am requesting the following inmate be transferred from Dismas RRC, 55 Columbia Blvd, Clarksburg, WV to the Central Regional Jail, Sutton, West Virginia.

BAKER, CHRISTOPHER; Reg. No. 11603-087; PRD: 08-20-2021 via GCT

Please coordinate the inmate's removal with Juanita M. Schoonover, Facility Director, (304)906-4123.

Thank you for your assistance in matters of mutual concern. If you need additional information, please contact me at (202) 514-8304.

Attachment: BP-S399.058 Transfer Order

BP-A0393
APR 10
U.S. DEPARTMENT OF JUSTICE

**NOTICE OF ESCAPED FEDERAL PRISONER** CDFRM

FEDERAL BUREAU OF PRISONS

| Institution | Date |
|---|---|
| BALTIMORE/DC RRO, ANNAPOLIS JUNCTION, MD | 5/10/2021 |

| Name | Number | Date of Birth | Age |
|---|---|---|---|
| BARKER, CHRISTOPHER | 11603-087 | 11/25/1988 | 32 |

| Sex | Race | Height | Weight | Eyes | Hair | Place of Birth |
|---|---|---|---|---|---|---|
| MALE | BLACK | 6' 0" | 190 | BROWN | BROWN | WV |

| Citizenship | Build | Home Address |
|---|---|---|
| USA | Average | 363 West Street, Wheeling, WV 26003 |

| Scars, Marks, Tattoos | Occupation |
|---|---|
| Unknown | None |

| Last Used Aliases | F.B.I. No. | S.S.N. |
|---|---|---|
| Barker,Christopher;Cooper,Christopher D;Christopher Deon Cooper | 143325RC6 | 234354893 |

Sentence __18mos__ Years/Mos./Days Offense:

Original Arresting Agency: Northern District of West Virginia

Inmate Barker, Christopher 11603-087, arrived at the Dismas Charities Residential Reentry Center (RRC), 55 Columbia Blvd, Clarksburg, WV 26301, from FCI Hazelton, 1640 Sky View Drive, Bruceton Mills, WV 26525, on 10/15/2020. Inmate Barker 11603-087 was serving the remainder of his federal sentence in the RRC.

On May 7, 2021, at 2:40 PM, inmate Barker 11603-087, was observed leaving the Dismas Charities and getting into a black vehicle. At 2:47 PM the facility received an alert that inmate Barkers GPS unit had been cut off. Since inmate 12345-678 was not authorized to leave the RRC, he is classified as an escaped federal offender.

The USMS was notified on 5/7/2021 at 3:07.

Inmate Barker 11603-087 has a history of violence. He has no

Details of Escape:

Armed: ☐ Yes; ☐ No; ✓ Unknown

Consider Dangerous: ☐ Yes; ✓ No

Violent Behavior: ☐ Yes; ✓ No

ESCAPE FROM:
Dismas Charities
55 Columbia Blvd
Clarksburg, WV 26301

SUBJECT TO THE CONDITIONS OF TITLE 28, PART 7, SECTION 7.1 - 7.5 OF THE CODE OF FEDERAL REGULATIONS, A STANDING OFFER TO REWARD IS MADE FOR THE CAPTURE, OR ASSISTANCE IN, OR FURNISHING INFORMATION LEADING TO THE CAPTURE OF AN ESCAPED FEDERAL PRISONER. THIS REWARD SHALL NOT BE IN EXCESS OF $200 UNLESS SPECIFICALLY GRANTED BY THE DIRECTOR OF THE BUREAU OF PRISONS.

IF APPREHENDED, OR IF YOU HAVE INFORMATION CONCERNING THE PRISONER, WIRE OR TELEPHONE COLLECT THE NEAREST OFFICE OF THE FEDERAL BUREAU OF INVESTIGATION (F.B.I.), OR CONTACT THE CHIEF EXECUTIVE OFFICER OF THIS FACILITY.

TELEPHONE NUMBER: 202-514-8304
                  Area Code

Sam Scales
Chief Executive Officer

Residential Reentry Manager
Title

PDF                                Prescribed by P5800

Replaces BP-393(58) OCT 88 and BP-S393(58) AUG 94

BP-A0399
APR 10
U.S. DEPARTMENT OF JUSTICE                    TRANSFER ORDER CDFRM                    FEDERAL BUREAU OF PRISONS

In accordance with authority provided in Title 18, U.S. Code, Section 3621, and the authority delegated to me by the Director of the Bureau of Prisons, I hereby order transfer of:

| Name of Inmate | Register No. |
|---|---|
| Baker, Christopher | 11603-087 |

**From (Name of Institution and Location)**
Dismas Clarksburg, 55 Columbia Boulevard, Clarksburg, WV 26301; (304)906-4123

**To (Name of Institution and Location)**
Central Regional Jail, 1255 Dyer Hill Road, Sutton, WV 26601; (304)765-7904

| Reason for Transfer | Transfer Code |
|---|---|
| Program Failure | 325 |

| Parole Status | Custody Classification |
|---|---|
| N/A | MED/COM |

| Health Status | Central Inmate Monitoring Case |
|---|---|
| SUITABLE FOR TRANSFER | ___ No  ✓ Yes-CIMC Assignment Separation |

| Signature of Transferring Authority | Title of Transferring Authority | Date |
|---|---|---|
| Roshia Howse for | Sam Scales, RRM | 05-07-2021 |

RETURN OF SERVICE - Pursuant hereto, I have this _____ day of _____, 20___, executed the above order and committed the inmate to the institution indicated.

| Signature | Name |
|---|---|
|  |  |

| Title | Agency |
|---|---|
|  |  |

For transfer to CTC's, complete the following:

| Projected release date | Type of release |
|---|---|
| 08/27/2021 | Good Conduct Time |

| Scheduled date and time of departure and transportation information | Scheduled date and time of arrival |
|---|---|
| Transfer from Dismas Clarksburg, WV | To Central Regional Jail |

Record Copy - J & C; Copy - Central File
PDF                        Prescribed by P5800                        Replaces BP-399(58) of OCT 88

```
 CBRAO  540*23  *           SENTENCE MONITORING            *    05-07-2021
 PAGE 001       *            COMPUTATION DATA              *    10:15:49
                            AS OF 05-07-2021

 REGNO..: 11603-087 NAME: BARKER, CHRISTOPHER


 FBI NO...........: 143325RC6         DATE OF BIRTH: 11-25-1988  AGE:  32
 ARS1.............: CBR/A-DES
 UNIT.............:                   QUARTERS.....:
 DETAINERS........: NO                 NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 06-28-2021

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  08-20-2021 VIA GCT REL


                  RELEASE AUDIT COMPLETED ON 07-10-2020 BY DSCC
 ---------------------CURRENT JUDGMENT/WARRANT NO: 040 ------------------------

 COURT OF JURISDICTION............: WEST VIRGINIA, NORTHERN DISTRICT
 DOCKET NUMBER....................: 5:16CR5 & 5:17CR43
 JUDGE............................: BAILEY
 DATE SENTENCED/PROBATION IMPOSED: 08-08-2016
 DATE SUPERVISION REVOKED.........: 06-18-2020
 TYPE OF SUPERVISION REVOKED......: REG
 DATE COMMITTED...................: 10-15-2020
 HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:  $75.00         $00.00           $00.00        $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO     AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  758    18:2250 FAIL REG AS SEX OFFN    FSA INELIGIBLE
 OFF/CHG: 18:2250(A) FAILURE TO UPDATE REGISTRATION AS A SEX OFFENDER-
          SORNA (CT1-5:17CR43) & (CT1-5:16CR5)

  SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
  SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
  DATE OF OFFENSE.................: 01-07-2016




 G0002      MORE PAGES TO FOLLOW . . .
```

```
CBRAO   540*23  *          SENTENCE MONITORING         *    05-07-2021
PAGE 002 OF 002 *           COMPUTATION DATA           *    10:15:49
                            AS OF 05-07-2021

REGNO..: 11603-087 NAME: BARKER, CHRISTOPHER



------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 06-29-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-10-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 06-18-2020
TOTAL TERM IN EFFECT............:   18 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    1 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-07-2016

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       05-11-2020     06-17-2020

TOTAL PRIOR CREDIT TIME.........: 38
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 81
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 08-20-2021
ELDERLY OFFENDER TWO THIRDS DATE: 05-11-2021
EXPIRATION FULL TERM DATE.......: 11-09-2021
TIME SERVED.....................:    11 MONTHS      27 DAYS
PERCENTAGE OF FULL TERM SERVED..: 66.0
PERCENT OF STATUTORY TERM SERVED: 77.5

PROJECTED SATISFACTION DATE.....: 08-20-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: NCIC RAN WITH NEGATIVE RESULTS WHILE ON THIS SUPERVISION B/PLG




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```